| Attorney or Party Name, Address, Telephone & FAX Numbers and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Dean A. Ziehl (State Bar No. 84529)<br>Alan J. Kornfeld (State Bar No. 130063)<br>Gillian N. Brown (State Bar No. 205132)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA  90067<br>Telephone:  (310) 277-6910; Facsimile:  (310) 201-0760<br>Email:  dziehl@pszjlaw.com; gbrown@pszjlaw.com<br>*Attorney for* Special Counsel to Debtor/Plaintiff | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:
BESHMADA, LLC,

Debtor(s).

| | |
|---|---|
| BESHMADA, LLC,<br><br>Plaintiff(s).<br><br>vs.<br><br>CANYON SPRINGS SHOPPING CENTER, LLC.<br><br>Defendant(s). | CHAPTER: 11<br>CASE NO.: 2:09-bk-25523-BR<br><br>ADVERSARY NO.:<br>2:11-ap-01320-BR<br><br>DATE:     September 13, 2011<br>TIME:     2:00 p.m.<br>PLACE:   Courtroom 1668 |

# JOINT STATUS REPORT
# LOCAL BANKRUPTCY RULE 7016-1(a)(2)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The parties submit the following JOINT STATUS REPORT in accordance with Local Bankruptcy Rule 7016-1(a)(2):

**A.    PLEADINGS/SERVICE:**

1. Have all parties been served?  ☒ Yes  ☐ No

2. Have all parties filed and served answers to the complaint/counter-complaints/etc.?  ☒ Yes  ☐ No

3. Have all motions addressed to the pleadings been resolved?  ☒ Yes  ☐ No

4. Have counsel met and conferred in compliance with Local Bankruptcy Rule 7026-1?  ☒ Yes  ☐ No

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," then please explain below *(or on attached page)*:

*(Continued on next page)*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
DOCS_LA:243313.1  09241-001

**F 7016-1.1**

American LegalNet, Inc.
www.Forms*Workflow*.com

Joint Status Report - Page 2

**F 7016-1.1**

| In re<br>**BESHMADA, LLC** | | CHAPTER: 11 |
|---|---|---|
| | | CASE NO.: 2:09-bk25523-BR |
| | Debtor(s). | ADVERSARY NO.: 2:11-ap-01320-BR |

**B.    READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

   <u>Plaintiff</u>                                                                    <u>Defendants</u>
   **March 14, 2012**                                                     **March 19, 2012**

2. If your answer to the above is more than four (4) months after the summons issued in this case, give reasons for further delay.

   <u>Plaintiff</u>                                                                    <u>Defendant</u>
   **Discovery must be taken of parties and non-parties.**    **If the parties are unable to reach a consensual resolution, this is a factually intensive case. There will be discovery of parties and non-parties; preparation of expert reports and rebuttal reports; expert deposition; dispositive motions.**

3. When do you expect to complete <u>your</u> discovery efforts?

   <u>Plaintiff</u>                                                                    <u>Defendant</u>
   **By January 20, 2012**                                               **January 20, 2012**

4. What additional discovery do you require to prepare for trial?

   <u>Plaintiff</u>                                                                    <u>Defendant</u>
   **Written discovery (requests for production, requests for admissions, interrogatories) and depositions.**    **If the parties are unable to consensually resolve this matter, the Defendant will likely require the following discovery: Depositions, Interrogatories, Requests for Production of Documents, Requests for Admissions, Requests for Production of Documents to Third Parties, Depositions of Third Parties, and Expert Witness Discovery.**

**C.    TRIAL TIME:**

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (including rebuttal stage if applicable)?

   <u>Plaintiff</u>                                                                    <u>Defendant</u>
   **2-3 days**                                                                **3 days**

2. How many witnesses do you intend to call at trial (including opposing parties)?

   <u>Plaintiff</u>                                                                    <u>Defendant</u>
   **Unknown at the present time.**                              **Unknown at the present time.**

3. How many exhibits do you anticipate using at trial?

   <u>Plaintiff</u>                                                                    <u>Defendant</u>
   **Unknown at the present time.**                              **Unknown at the present time.**

*(Continued on next page)*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
DOCS_LA:243313.1 09241-001

**F 7016-1.1**

American LegalNet, Inc.
www.Forms*Workflow*.com

**F 7016-1.1**

| In re<br>BESHMADA, LLC,<br><br>Debtor(s). | CHAPTER: 11<br>CASE NO.: 2:09-bk-25523-BR<br>ADVERSARY NO.: 2:11-ap-01320-BR |
|---|---|

**D.  PRE-TRIAL CONFERENCE:**

A pre-trial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. [See Local Bankruptcy Rule 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

<u>Plaintiff</u>

Pre-trial conference  _x_ (is)/ ___(is not) requested.

Reasons: **To clarify issues for trial and set dates for motions in limine.**

<u>Defendant</u>

Pre-trial conference  _x_ (is)/ ___(is not) requested.

Reasons: **To narrow the issues and facilitate an efficient trial.**

<u>Plaintiff</u>

Pre-trial conference should be set <u>after</u>:

(date)  **March 1, 2012**

<u>Defendant</u>

Pre-trial conference should be set <u>after</u>:

(date)  **March 5, 2012**

**E.  SETTLEMENT:**

1.  What is the status of settlement efforts?
    **None at this time.   The parties previously met before the filing of this adversary proceeding but were unable to resolve their disputes.**

2.  Has this dispute been formally mediated?    ☐ Yes    ☒ No
    If so, when?

3.  Do you want this matter sent to mediation at this time?

    Plaintiff                                    Defendant
    ☐ Yes   ☒ No                         ☐ Yes   ☒ No

*(Continued on next page)*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
DOCS_LA:243313.1  09241-001

**F 7016-1.1**

American LegalNet, Inc.
www.Forms*Workflow*.com

**F 7016-1.1**

| In re<br>BESHMADA, LLC, | CHAPTER: 11 |
|---|---|
| | CASE NO.: 2:09-bk-25523-BR |
| Debtor(s). | ADVERSARY NO.: 2:11-ap-01320-BR |

**F.   ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary.)*

Respectfully submitted,

Dated:  August 30, 2011                                           Dated:  August 30, 2011

  PACHULSKI STANG ZIEHL & JONES LLP                STUTMAN TREISTER & GLATT
*Firm Name*                                                              *Firm Name*

By:   */s/ Gillian N. Brown*                                       By:    /s/  H. Alexander Fisch

Name:   GILLIAN N. BROWN                                  Name:    H. ALEXANDER FISCH

Attorney for:  Special Counsel to Plaintiff                  Attorney for:  Defendant

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
DOCS_LA:243313.1  09241-001

**F 7016-1.1**

American LegalNet, Inc.
www.Forms*Workflow*.com

F 7016-1.1

| In re<br>BESHMADA, LLC,<br><br>Debtor(s). | CHAPTER: 11<br>CASE NO.: 2:09-bk-25523-BR<br>ADVERSARY NO.: 2:11-ap-01320-BR |
|---|---|

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as JOINT STATUS REPORT
_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On   August 30, 2011   I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On  August 30, 2011,   I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on   August 30, 2011   I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Via Hand Delivery**
Hon. Barry Russell
United States Bankruptcy Court
Edward R. Roybal Federal Building
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 30, 2011 | Mary de Leon | /s/ Mary de Leon |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
DOCS_LA:243313.1 09241-001

F 7016-1.1

American LegalNet, Inc.
www.Forms*Workflow*.com

| In re<br>BESHMADA, LLC,<br><br>                                        Debtor(s). | CHAPTER: 11<br>CASE NO.: 2:09-bk-25523-BR<br>ADVERSARY NO.: 2:11-ap-01320-BR |
|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed):

**2:11-ap-01320-BR Notice will be electronically mailed to:**

Gillian N Brown on behalf of Counter-Defendant Beshmada, LLC
gbrown@pszjlaw.com, gbrown@pszjlaw.com

H Alexander Fisch on behalf of Counter-Claimant Canyon Springs Shopping Center, LLC
afisch@stutman.com

Stuart I Koenig on behalf of Interested Party Courtesy NEF
Skoenig@cmkllp.com

David M Poitras on behalf of Interested Party Courtesy NEF
dpoitras@jmbm.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

**2:11-ap-01320-BR Notice will be sent via U.S. mail to:**

Alexander Fisch, Esq.
Stutman Treister & Glatt
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
DOCS_LA:243313.1  09241-001

**F 7016-1.1**

American LegalNet, Inc.
www.FormsWorkflow.com